STATE OF NEW YORK, Appellant, v. WAVERLY CENTRAL SCHOOL DISTRICT et al., Respondents.—AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J. [53 Misc 2d 843.]